UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

ANASTASIIA SERZHANTOVA #A249-377-764

CASE NO.  6:26-CV-00310 SEC P

VERSUS

JUDGE TERRY A. DOUGHTY

FACILITY DIRECTOR SOUTH LOUISIANA I C E PROCESSING CENTER ET AL

MAGISTRATE JUDGE CAROL B. WHITEHURST

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 7], after an independent review of the record, together with the written objections of Petitioner, Anastasiia Serzhantova ("Petitioner") [Doc. No. 10], determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Expedite [Doc. No. 2] and Motion for Immediate Medical Relief [Doc. No. 3] are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Immediate Release [Doc. No. 11] is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 25th day of March 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE